```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/11/2022_____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KEVIN DAVIS,** *individually, and on behalf of all others similarly situated*,

          **Plaintiff,**

          -against-

**ANIMAL CARE EQUIPMENT & SERVICES LLC,**

          **Defendant.**

**22-cv-4410 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and with prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated:    July 11, 2022
            New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**